**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: SVORA, PAVEL § Case No. 10-56986
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Michael K. Desmond, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $246,230.00                     Assets Exempt: $23,700.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,993.56        Claims Discharged
                                                  Without Payment: $50,291.96

Total Expenses of Administration: $1,038.48

---

3) Total gross receipts of $    4,032.04    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    0.00    (see **Exhibit 2**), yielded net receipts of $4,032.04 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $265,500.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,038.48 | 1,038.48 | 1,038.48 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 53,201.04 | 12,537.52 | 12,537.52 | 2,993.56 |
| **TOTAL DISBURSEMENTS** | $318,701.04 | $13,576.00 | $13,576.00 | $4,032.04 |

4) This case was originally filed under Chapter 7 on December 28, 2010. The case was pending for 33 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/25/2013           By: /s/Michael K. Desmond
                                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Bank of America | 1129-000 | 4,031.77 |
| Interest Income | 1270-000 | 0.27 |
| **TOTAL GROSS RECEIPTS** | | **$4,032.04** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | American Eagle | 4110-000 | 2,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 4110-000 | 263,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$265,500.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Michael K. Desmond | 2100-000 | N/A | 1,007.95 | 1,007.95 | 1,007.95 |
| The Bank of New York Mellon | 2600-000 | N/A | 5.52 | 5.52 | 5.52 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | | |
|---|---|---|---|---|
| The Bank of New York Mellon | 2990-000 | N/A | 0.01 | 0.01 | 0.01 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,038.48 | $1,038.48 | $1,038.48 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Fifth Third Bank | 7100-000 | 5,705.12 | 5,823.67 | 5,823.67 | 1,390.51 |
| 2 | United Credit Recovery | 7100-000 | N/A | 356.33 | 356.33 | 85.08 |
| 3 | US Bank N.A. | 7100-000 | 5,224.00 | 4,626.40 | 4,626.40 | 1,104.64 |
| 4 | US Bank N.A. | 7100-000 | 1,523.92 | 1,546.16 | 1,546.16 | 369.17 |
| 5 | US Bank N.A. | 7100-000 | N/A | 184.96 | 184.96 | 44.16 |
| NOTFILED | Chase | 7100-000 | 11,048.73 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 24,680.22 | N/A | N/A | 0.00 |
| NOTFILED | Citi Bank | 7100-000 | 5,019.05 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $53,201.04 | $12,537.52 | $12,537.52 | $2,993.56 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-56986  **Trustee:** (330623) Michael K. Desmond
**Case Name:** SVORA, PAVEL  **Filed (f) or Converted (c):** 12/28/10 (f)
 **§341(a) Meeting Date:** 02/10/11
**Period Ending:** 09/25/13  **Claims Bar Date:** 07/15/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  2357 S 3rd Ave, Riverside, IL 60546  Orig. Asset Memo: Imported from original petition Doc# 1 | 220,000.00 | 0.00 | | 0.00 | FA |
| 2  Cash on Hand  Orig. Asset Memo: Imported from Amended Doc#: 11 | 100.00 | 0.00 | | 0.00 | FA |
| 3  TCF  Orig. Asset Memo: Imported from Amended Doc#: 11 | 200.00 | 200.00 | | 0.00 | FA |
| 4  Bank of America  Orig. Asset Memo: Imported from Amended Doc#: 11 | 4,931.77 | 4,031.77 | | 4,031.77 | FA |
| 5  Entered in error | 0.00 | 0.00 | | 0.00 | FA |
| 6  Chase  Orig. Asset Memo: Imported from Amended Doc#: 11 | 30.00 | 30.00 | | 0.00 | FA |
| 7  Furniture  Orig. Asset Memo: Imported from Amended Doc#: 11 | 600.00 | 600.00 | | 0.00 | FA |
| 8  Clothing  Orig. Asset Memo: Imported from Amended Doc#: 11 | 300.00 | 0.00 | | 0.00 | FA |
| 9  401K  Orig. Asset Memo: Imported from Amended Doc#: 11 | 17,000.00 | 0.00 | | 0.00 | FA |
| 10  2001 Honda Accord  Orig. Asset Memo: Imported from Amended Doc#: 11 | 3,000.00 | 0.00 | | 0.00 | FA |
| 11  2004 Isuzu Axiom  Orig. Asset Memo: Imported from Amended Doc#: 11 | 5,000.00 | 2,600.00 | | 0.00 | FA |
| Int  INTEREST (u) | Unknown | N/A | | 0.27 | FA |
| **12  Assets   Totals** (Excluding unknown values) | **$251,161.77** | **$7,461.77** | | **$4,032.04** | **$0.00** |


Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-56986  
**Case Name:** SVORA, PAVEL

**Period Ending:** 09/25/13

**Trustee:** (330623) Michael K. Desmond  
**Filed (f) or Converted (c):** 12/28/10 (f)  
**§341(a) Meeting Date:** 02/10/11  
**Claims Bar Date:** 07/15/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

09/19/11 examined claims.  
Filed TFR - hearing scheduled for 2-14-2012

**Initial Projected Date Of Final Report (TFR):** October 1, 2011        **Current Projected Date Of Final Report (TFR):** January 16, 2012  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-56986 | | Trustee: | Michael K. Desmond (330623) |
|---|---|---|---|---|
| Case Name: | SVORA, PAVEL | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******03-65 - Money Market Account |
| Taxpayer ID #: | **-***5210 | | Blanket Bond: | $0.00  (per case limit) |
| Period Ending: | 09/25/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 03/24/11 | {4} | Pavel Svora | Turnover of bank account Bank of America | 1129-000 | 4,031.77 | | 4,031.77 |
| 04/22/11 | Int | The Bank of New York Mellon | Interest Earned | 1270-000 | 0.02 | | 4,031.79 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest Earned | 1270-000 | 0.03 | | 4,031.82 |
| 05/31/11 | | The Bank of New York Mellon | BUWH | 2990-000 | | 0.01 | 4,031.81 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest Earned | 1270-000 | 0.03 | | 4,031.84 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest Earned | 1270-000 | 0.03 | | 4,031.87 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 5.52 | 4,026.35 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,026.38 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,001.38 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,001.41 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,001.44 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,001.47 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,001.50 |
| 01/16/12 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0000% | 1270-000 | 0.01 | | 4,001.51 |
| 01/16/12 | | To Account #9200******0366 | Transfer in preparation of TFR | 9999-000 | | 4,001.51 | 0.00 |
| 01/17/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 0.01 |
| 01/17/12 | Int | BNYM | reversed interest | 1270-000 | -0.01 | | 0.00 |
| | | | ACCOUNT TOTALS | | 4,032.04 | 4,032.04 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 4,001.51 | |
| | | | **Subtotal** | | 4,032.04 | 30.53 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,032.04** | **$30.53** | |

{} Asset reference(s)

Printed: 09/25/2013 02:34 PM    V.13.13

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 10-56986 | | **Trustee:** | Michael K. Desmond (330623) |
| --- | --- | --- | --- | --- |
| **Case Name:** | SVORA, PAVEL | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******03-66 - Checking Account |
| **Taxpayer ID #:** | **-***5210 | | **Blanket Bond:** | $0.00  (per case limit) |
| **Period Ending:** | 09/25/13 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/16/12 | | From Account #9200******0365 | Transfer in preparation of TFR | 9999-000 | 4,001.51 | | 4,001.51 |
| 04/11/12 | 101 | Michael K. Desmond | Dividend paid 100.00% on $1,007.95, Trustee Compensation;  Reference: | 2100-000 | | 1,007.95 | 2,993.56 |
| 04/11/12 | 102 | Fifth Third Bank | Dividend paid  23.87% on $5,823.67; Claim# 1; Filed: $5,823.67; Reference: | 7100-000 | | 1,390.51 | 1,603.05 |
| 04/11/12 | 103 | United Credit Recovery | Dividend paid  23.87% on $356.33; Claim# 2; Filed: $356.33; Reference: | 7100-000 | | 85.08 | 1,517.97 |
| 04/11/12 | 104 | US Bank N.A. | Dividend paid  23.87% on $4,626.40; Claim# 3; Filed: $4,626.40; Reference: | 7100-000 | | 1,104.64 | 413.33 |
| 04/11/12 | 105 | US Bank N.A. | Dividend paid  23.87% on $1,546.16; Claim# 4; Filed: $1,546.16; Reference: | 7100-000 | | 369.17 | 44.16 |
| 04/11/12 | 106 | US Bank N.A. | Dividend paid  23.87% on $184.96; Claim# 5; Filed: $184.96; Reference: | 7100-000 | | 44.16 | 0.00 |

| | | | |
|---|---|---|---|
| | ACCOUNT TOTALS | 4,001.51 | 4,001.51 | $0.00 |
| | Less: Bank Transfers | 4,001.51 | 0.00 | |
| | **Subtotal** | 0.00 | 4,001.51 | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$0.00** | **$4,001.51** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******03-65** | 4,032.04 | 30.53 | 0.00 |
| **Checking # 9200-******03-66** | 0.00 | 4,001.51 | 0.00 |
| | **$4,032.04** | **$4,032.04** | **$0.00** |

{} Asset reference(s)    Printed: 09/25/2013 02:34 PM    V.13.13